# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:13-CR-111-PPS-JEM |
| ) | |
| ALMA DELIA CARRERA, ) | |
| Defendant. ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT ALMA DELIA CARRERA

TO: THE HONORABLE PHILIP P. SIMON,
UNITED STATES DISTRICT COURT

Upon Defendant Alma Delia Carrera's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin on February 20, 2015, with the consent of Defendant Alma Delia Carrera, counsel for Defendant Alma Delia Carrera, and counsel for the United States of America.

The hearing on Defendant Alma Delia Carrera's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Alma Delia Carrera under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Alma Delia Carrera,

**I FIND** as follows:

(1) that Defendant Alma Delia Carrera understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Alma Delia Carrera understands her right to trial by jury, to persist in her plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3) that Defendant Alma Delia Carrera understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Alma Delia Carrera understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Alma Delia Carrera has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Alma Delia Carrera is competent to plead guilty;

(6) that Defendant Alma Delia Carrera understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Alma Delia Carrera's plea; and further,

**I RECOMMEND** that the Court accept Alma Delia Carrera's plea of guilty to the offense charged in Count 2 of the Second Superseding Indictment and that Defendant Alma Delia Carrera be adjudged guilty of the offense charged in Count 2 of the Second Superseding Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Alma Delia Carrera be adjudged guilty, sentencing before Chief Judge Philip P. Simon will be **December 17, 2015 at 10:00 a.m**. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 20th day of February, 2015.

                                                 s/ John E. Martin
                                                 MAGISTRATE JUDGE JOHN E. MARTIN
                                                 UNITED STATES DISTRICT COURT

cc:     All counsel of record
        Honorable Philip P. Simon