UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No.: 2:13 CR 111-PPS-JEM-9 |
| | ) | |
| ALMA DELIA CARRERA | ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Alma Delia Carrera [DE 194]. No objections have been filed to Magistrate Judge Martin's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations. The Court **ACCEPTS** Carrera's plea of guilty, and **FINDS** Carrera guilty of the offense charged in Count 2 of the Superseding Indictment, in violation of 21 U.S.C. § 846.

**SO ORDERED.**

ENTERED: March 16, 2015

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT